# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 23, 2009

139585

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

GURZICK INVESTMENTS LLC, d/b/a ToDblD
LLC and TODD GURZICK,
            Plaintiffs-Appellants,

v

SC: 139585
COA: 290519
Isabella CC: 08-006469-CZ

CITY OF MOUNT PLEASANT, RICHARD
MICHAEL VERLEGER, and K & M MAY
STREET INVESTMENTS, LLC,
            Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the June 12, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. This order is without prejudice to the plaintiffs' right to file an application for delayed appeal with the Court of Appeals from the trial court's July 9, 2009 final order, pursuant to MCR 7.205(F).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 23, 2009

s1116

Clerk